**United States Bankruptcy Court**
**for the District of Columbia**

**FILED**

MAR - 3 2006

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

| | |
|---|---|
| In Re: K. LOUNGE LLC | Case Number: 05-1041 |
| Debtor(s) | |
| | Adversary Proceeding Number: |
| Defendant(s) | CASE NUMBER   1:06CV00386<br><br>JUDGE: Emmet G. Sullivan<br><br>DECK TYPE: General Civil<br><br>DATE STAMP: 03/**/2006 |

**TO:    Clerk, U.S. District Court for the District of Columbia**

Transmitted herewith is the **Notice of Appeal** in the above-captioned adversary proceeding. Included in the transmittal is a copy of order being appealed and a certified copy of the docket sheet.

**Documents related to the appeal include:**

| DE# | Document | Parties |
|---|---|---|
| 85 | NOTICE OF APPEAL | Debtor |
| 79 | ORDER GRANTING MOTION TO ASSUME/REJECT | JUDGE TEEL |
| 90 | MOTION TO STAY PENDING APPEAL | JOHN BURNS |
| 97 | MOTION TO STAY/SUSPEND PROCEEDINGS IN APPEAL | JOHN BURNS |

1

| | | |
|---|---|---|
| 122 | MOTION   TO RECONSIDER | JOHN BURNS |
| 121 | ORDER DENYING MOTION/REQUEST TO SUSPEND PROCEEDING IN APPEAL | JUDGE TEEL |
| 119 | ORDER DENYING MOTION TO STAY | JUDGE TEEL |
| 142 | REQUEST TO WITHDRAW (DE122)MOTION TO  RECONSIDER | |

---

DE 111—Defendant  DESIGNATION OF RECORD ON APPEAL filed by Joel Perrell

DE  96—Plaintiff–DESIGNATION OF RECORD ON APPEAL filed by John Burns

---

**The parties to the order appealed and their respective attorneys are as follows:**

---

| **DEFENDANT** | ATTORNEY FOR DEFENDANT |
|---|---|
| CB 8th Street, LLC | Daniel M. Litt |
| | Dickstein, Shapiro Morin & Oshinsky |
| | 2101 L Street, NW |
| | Washington, DC 20037-1302 |
| | and |
| | Joel  Larkin Perrell, Jr. |
| | Miles & Stockbridge P.C. |
| | 10 Light Street |
| | Baltimore, MD 21202 |
| PLAINTIFF | ATTORNEY FOR PLAINTIFF |
| K.  LOUNGE LLC | JOHN DOUGLAS BURNS |
| | The Burns Law Firm, LLC |
| | 6303 Ivy Lane, Suite 102 |
| | Greenbelt, MD20770 |

PATTI MEADOR, CHIEF DEPUTY
DORIS CAINE, CLERK
565-2514

Please return a copy of this transmittal with the following information:

District Court Case Number:
Judge Assigned:                    [*Affix Label Here*]
Date Stamp: