PlnDue, DsclsDue, CONVERTED, APPEAL

# U.S. Bankruptcy Court
## United States Bankruptcy Court for the District of Columbia (Washington, D.C.)
### Bankruptcy Petition #: 05-01041
#### Internal Use Only

*Assigned to:* Bankruptcy Judge S. Martin Teel, Jr.
Chapter 7
Previous chapter 11
Voluntary
Asset

*Date Filed:* 07/12/2005
*Date Converted:* 11/16/2005

**K. Lounge LLC**
2009 8th Street, N.W.
Washington, DC 20011
Tax id: 56-2385761
*Debtor In Possession*

represented
by

**John Douglas Burns**
The Burns Law Firm, LLC
6303 Ivy Lane,
Suite 102
Greenbelt, MD 20770
usa
(301) 441-8780
Email: burnslaw@algxmail.com

**Marc E. Albert**
Stinson, Morrison, & Hecker, LLP
1150 18th Street, NW
Suite 800
Washington, DC 20036-3816
202-785-9100
*Trustee*

represented
by

**Stinson Morrison Hecker LLP**
1150 18th St., NW
Suite 800
Washington, DC 20036
(202) 785-9100

**Darrell W. Clark**
Stinson, Morris & Hecker, LLP
1150 18th St., NW
Suite 800
Washington, DC 20036-3816
202-785-9100
Fax : 202-785-9163
Email:
dclark@stinsonmoheck.com

| Filing Date | # | Docket Text |
|---|---|---|
| 07/12/2005 | 1 | Chapter 11 Voluntary Petition. Fee Amount $839 Filed by K. Lounge LLC Chapter 11 Plan due by 11/9/2005. Disclosure Statement due by 11/9/2005. Schedules A-J due 7/27/2005. Statement of Financial Affairs due 7/27/2005. Incomplete Filings due by 7/27/2005. |

| | | |
|---|---|---|
| | | Government Proof of Claim due by 1/8/2006. (dc) (Entered: 07/13/2005) |
| 07/12/2005 | 2 | List of 20 Largest Creditors Filed by K. Lounge LLC. (kt) (Entered: 07/13/2005) |
| 07/12/2005 | 3 | Exhibit A To Petition Corporate Resolution Filed by K. Lounge LLC . (Re: Related Document(s) #:1 Chapter 11 Voluntary Petition, .) (kt) (Entered: 07/13/2005) |
| 07/12/2005 | 4 | Disclosure of Compensation of Attorney for Debtor in the Amount of $5,000.00 Filed by John Douglas Burns Filed by on behalf of K. Lounge LLC. (kt) (Entered: 07/13/2005) |
| 07/12/2005 | 5 | Debtor's Mailing Matrix and Verification Filed by K. Lounge LLC. (kt) (Entered: 07/13/2005) |
| 07/12/2005 | 6 | Motion To Permit Interim Paper Filings Filed by K. Lounge LLC (Re: Related Document(s) #:1 Chapter 11 Voluntary Petition,, 2 List of 20 Largest Creditors, 3 Exhibit A To Petition Corporate Resolution, 4 Disclosure of Compensation of Attorney for Debtor, 5 Debtor's Mailing Matrix and Verification.) *The proposed order has not been filed by the debtor's attorney. (kt) (Entered: 07/13/2005) |
| 07/13/2005 | | U. S. Trustee for Region Four, has been Added as an Interested Party in this Newly Filed Bankruptcy Case. (kt) (Entered: 07/13/2005) |
| 07/13/2005 | 7 | Order to File Schedules or Statement of Financial Affairs (Related Document(s) #:1 Chapter 11 Voluntary Petition, .) Order entered on 7/13/2005. (kt) (Entered: 07/13/2005) |
| 07/13/2005 | 8 | Receipt of Chapter 11 Filing Fee - $839.00 by DC. Receipt Number 00065497. Payment received from JOHN D. BURNS. (Entered: 07/13/2005) |
| 07/15/2005 | 9 | BNC Certificate of Mailing - Order. (Re: Related Document(s) #:7 Order to File Schedules or Statement of Financial Affairs) No. of Notices: 1. Service Date 07/15/2005. (Admin.) (Entered: 07/16/2005) |
| 07/18/2005 | 10 | Notice to Party Filing Deficient Pleading(s)/Document(s) -- The proposed order was not filed as required. (Re: Related Document(s) #:6 Motion for Leave, ) Deficient Pleading(s)/Document(s) due by 7/25/2005. (kt) (Entered: 07/18/2005) |
| 07/18/2005 | 11 | Certificate of Service Filed by US Bankruptcy Court. (Re: Related Document(s) #:10 Notice to Party Filing Deficient Pleading (s)/Document(s).) (kt) (Entered: 07/19/2005) |

| 07/25/2005 | ●12 | Motion to Extend Time to file Schedules and Statements Filed by K. Lounge LLC (Re: Related Document(s) #:7 Order to File Schedules or Statement of Financial Affairs.) (Attachments: # 1 Proposed Order) (dc) (Entered: 07/27/2005) |
| 07/27/2005 | | Document Transmitted to Chambers (Re: Related Document(s) #:12 Motion to Extend Time to file Schedules and Statements) (dc) (Entered: 07/27/2005) |
| 07/29/2005 | ●13 | First Meeting of Creditors Chapter 11 341(a) meeting to be held on 8/18/2005 at 10:00 AM U.S. Trustee's Meeting Room. Proofs of Claim due by 11/16/2005. (pm) (Entered: 07/29/2005) |
| 07/31/2005 | ●14 | BNC Certificate of Mailing - First Meeting of Creditors. (Re: Related Document(s) #:13 First Meeting of Creditors Chapter 11) No. of Notices: 36. Service Date 07/31/2005. (Admin.) (Entered: 08/01/2005) |
| 08/01/2005 | ●15 | Order Granting Motion to Extend Time To File Schedules and Statement Until 8/11/05 (Related Document #: 12) Entered on 8/1/2005. (kt) (Entered: 08/01/2005) |
| 08/01/2005 | | Schedules and Statements Deadlines Updated, See Order Entered 8/1/05 (Re: Related Document(s) #:1 Chapter 11 Voluntary Petition, ) (kt) (Entered: 08/01/2005) |
| 08/02/2005 | | Document Transmitted to Chambers -- Burns did not file the proposed order regarding the motion for leave as required. (Re: Related Document(s) #:10 Notice to Party Filing Deficient Pleading (s)/Document(s), 6 Motion for Leave, ) (kt) (Entered: 08/02/2005) |
| 08/02/2005 | | Deadlines Terminated Re: Incomplete Documents. The order was filed on 8/1/05 was granted giving the debtor until 8/11/05 to file incomplete documents. (kt) (Entered: 08/02/2005) |
| 08/03/2005 | ●16 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:15 Order on Motion to Extend Time) No. of Notices: 1. Service Date 08/03/2005. (Admin.) (Entered: 08/04/2005) |
| 08/04/2005 | ●17 | Order To Show Cause for failure to file a PROPOSED ORDER (Related Document(s) #:6 Motion for Leave, .) Order entered on 8/4/2005---Responses due by---- 8/18/2005 (dc) (Entered: 08/04/2005) |
| 08/06/2005 | ●18 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:17 Order to Show Cause) No. of Notices: 2. Service Date 08/06/2005. (Admin.) (Entered: 08/07/2005) |

| 08/08/2005 | | Document Transmitted to Chambers (Re: Related Document(s) #:6 Motion for Leave /Permit Interim Paper filings ) (dc) (Entered: 08/08/2005) |
|---|---|---|
| 08/08/2005 | | Deadlines Terminated (DE 6, Proposed Order filed) (dc) (Entered: 08/08/2005) |
| 08/11/2005 | | Document Transmitted to Chambers (Re: Related Document(s) #:17 Order to Show Cause---Proposed Order filed) (dc) (Entered: 08/11/2005) |
| 08/12/2005 | 19 | Schedules A-J Filed by K. Lounge LLC . (Re: Related Document(s) #:1 Chapter 11 Voluntary Petition, .) (dc) (Entered: 08/12/2005) |
| 08/12/2005 | 20 | Statement of Financial Affairs Filed by K. Lounge LLC . (Re: Related Document(s) #:1 Chapter 11 Voluntary Petition, .) (dc) (Entered: 08/12/2005) |
| 08/12/2005 | 21 | Amended Matrix ( Fee Amount $26 Filed by K. Lounge LLC . (Fee Not paid and Matrix Improperly Formatted) (dc) (Entered: 08/12/2005) |
| 08/12/2005 | 22 | Notice to Party Filing Paper. (Re: Related Document(s) #:19 Schedules A-J, 20 Statement of Financial Affairs, 21 Amended Matrix ) Response by Party Filing Paper due by----- 8/26/2005 (dc) (Entered: 08/12/2005) |
| 08/12/2005 | 23 | Notice to Party Filing Deficient Pleading(s)/Document(s). (Re: Related Document(s) #:21 Amended Matrix -- FEE REQUIRED--$26.00) Deficient Pleading(s)/Document(s) due by ----- 8/19/2005 (dc) (Entered: 08/12/2005) |
| 08/12/2005 | 24 | Notice to Party Filing Deficient Pleading(s)/Document(s). (Re: Related Document(s) #:21 Amended Matrix ---IMPROPERLY FORMATTED--) Deficient Pleading(s)/Document(s) due by 8/19/2005 (dc) (Entered: 08/12/2005) |
| 08/12/2005 | 25 | Certificate of Service Filed by K. Lounge LLC . (Re: Related Document(s) #:23 Notice to Party Filing Deficient Pleading (s)/Document(s).) (dc) (Entered: 08/12/2005) |
| 08/12/2005 | 26 | Certificate of Service Filed by K. Lounge LLC . (Re: Related Document(s) #:24 Notice to Party Filing Deficient Pleading (s)/Document(s).) (dc) (Entered: 08/12/2005) |
| 08/14/2005 | 27 | BNC Certificate of Mailing - Notice to Party Filing Paper (post 6/1/05) (Re: Related Document(s) #:22 Notice to Party Filing Paper) |

| | | |
|---|---|---|
| | | No. of Notices: 3. Service Date 08/14/2005. (Admin.) (Entered: 08/15/2005) |
| 08/16/2005 | | Documents Terminated. The Order to file Schedules and Statements has been terminated, all documents have been filed as required. (kt) (Entered: 08/16/2005) |
| 08/19/2005 | | Document Transmitted to Chambers (Re: Related Document(s) #:17 Order to Show Cause) (dc) (Entered: 08/19/2005) |
| 08/23/2005 | ●29 | Certificate of Compliance (LBR 1009-1(c)) Filed by K. Lounge LLC. (Re: Related Document(s) #:19 Schedules A-J.) (kt) (Entered: 08/25/2005) |
| 08/23/2005 | ●30 | Motion for Leave Filed by K. Lounge LLC (Re: Related Document(s) #:29 Certificate of Compliance (LBR 1009-1(c)).) (Attachments: # 1 Proposed Order) (kt) (Entered: 08/25/2005) |
| 08/24/2005 | 28 | Receipt of Amendment Filing Fee - $26.00 by DC. Receipt Number 00065623. Payment received from JOHN BURNS. (Entered: 08/24/2005) |
| 08/29/2005 | ●31 | 341 Meeting of Creditors Continued. Notice filed by John Douglas Burns on behalf of K. Lounge LLC . Notice Mailed to All Creditors and Interested Parties on: 8/16/2005. (Re: Related Document(s) #:13 First Meeting of Creditors Chapter 11) 341(a) meeting to be held on ---8/29/2005 at 10:00 AM U.S. Trustee's Meeting Room (dc) (Entered: 08/30/2005) |
| 09/01/2005 | ●32 | Order Granting Motion for Leave to file Paper filings (Related Document #: 6) Entered on 9/1/2005. (dc) (Entered: 09/01/2005) |
| 09/01/2005 | ●33 | Order Granting Motion for Leave /Permit Interim Paper filings (Related Document #: 30) Entered on 9/1/2005. (dc) (Entered: 09/01/2005) |
| 09/03/2005 | ●34 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:32 Order on Motion for Leave) No. of Notices: 1. Service Date 09/03/2005. (Admin.) (Entered: 09/04/2005) |
| 09/03/2005 | ●35 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:33 Order on Motion for Leave) No. of Notices: 1. Service Date 09/03/2005. (Admin.) (Entered: 09/04/2005) |
| 09/06/2005 | ●36 | Order Discharging Order to Show Cause (Related Document(s) #:17 Order to Show Cause.) Order entered on 9/6/2005. (kt) (Entered: 09/06/2005) |

| | | |
|---|---|---|
| 09/08/2005 | ●37 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:36 Order Discharging Order to Show Cause) No. of Notices: 2. Service Date 09/08/2005. (Admin.) (Entered: 09/09/2005) |
| 09/14/2005 | ●38 | Motion to Reject *Motion by CB 8th Street, LLC for Determination of Rejection of Lease of Non-Residential Real Property Located at 2009 8th Street, NW, Washington, DC and for Order Directing Debtor to Surrender Property and Notice Under LBR 9013-1 of Opportunity to Object* Filed by CB 8th Street, LLC (Attachments: # 1 Proposed Order) (Perrell, Joel) (Entered: 09/14/2005) |
| 09/14/2005 | ● | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE RELATED PLEADING REQUIRES A SEPARATELY FILED NOTICE OF OPPORTUNITY TO OBJECT. PLEASE FILE A SEPARATE NOTICE OF OPPORTUNITY TO OBJECT. (Re: Related Document(s) #:38 Motion to Assume/Reject, ) YOU HAVE UNTIL 9/17/2005 for 38, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (kt) (Entered: 09/14/2005) |
| 09/14/2005 | ●39 | Notice of Opportunity to Object Filed by CB 8th Street, LLC. (Re: Related Document(s) #:38 Motion to Assume/Reject,.) Objections due by 9/26/2005. (Perrell, Joel) (Entered: 09/14/2005) |
| 09/15/2005 | | Deadlines Terminated---EDN (DE38) Notice of Opp. to Object filed) (dc) (Entered: 09/15/2005) |
| 09/23/2005 | ●40 | Opposition To Motion For Determination of Rejection of Lease Filed by K. Lounge LLC (Re: Related Document(s) #:38 Motion to Assume/Reject, .) (kt) (Entered: 09/28/2005) |
| 09/23/2005 | ●41 | Request for Hearing Date Filed by K. Lounge LLC . (Re: Related Document(s) #:38 Motion to Assume/Reject, .) (kt) (Entered: 09/28/2005) |
| 09/23/2005 | ●42 | Motion for Leave To Permit Interim Paper Filings Pending Issuance of Course Materials Filed by K. Lounge LLC (Re: Related Document(s) #:40 Opposition, 41 Request For Hearing.) (Attachments: # 1 Proposed Order) (kt) (Entered: 09/28/2005) |
| 09/28/2005 | | Document Transmitted to Chambers (Re: Related Document(s) #:42 Motion for Leave) (kt) (Entered: 09/28/2005) |
| 09/29/2005 | | Document Transmitted to Chambers (Re: Related Document(s) #:38 Motion to Assume/Reject,, 40 Opposition, 41 Request For Hearing) (dc) (Entered: 09/29/2005) |

| | | |
|---|---|---|
| 09/30/2005 | 43 | Order Granting Third Motion to permit Interim Paper Filings and further Ordered that the firm may file document and Pleadings in paper form for 15 days from the of entry hereof (Related Document #: 42) Entered on 9/30/2005. (dc) (Entered: 09/30/2005) |
| 09/30/2005 | 44 | Hearing Scheduled (Re: Related Document(s) #:38 Motion by CB 8th ST LLC for Determination of Rejection of Lease of Non-Residential Real Property Located at 2009 8th St NW Washington, DC and for Order Directing Debtor to Surrender Property Filed by CB 8th St LLC ) Hearing scheduled for 11/8/2005 at 10:30 AM Courtroom 2. (sm) (Entered: 09/30/2005) |
| 10/02/2005 | 45 | BNC Certificate of Mailing - Hearing. (Re: Related Document(s) #:44 Hearing Scheduled, ) No. of Notices: 2. Service Date 10/02/2005. (Admin.) (Entered: 10/03/2005) |
| 10/02/2005 | 46 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:43 Order on Motion for Leave) No. of Notices: 1. Service Date 10/02/2005. (Admin.) (Entered: 10/03/2005) |
| 10/03/2005 | 47 | *Reply by CB 8th Street, LLC to Opposition by Debtor to Motion for Determination of Rejection of Lease of Non-Residential Real Property Located at 2009 8th Street, NW, Washington, DC and for Order Directing Debtor to Surrender Property* Filed by CB 8th Street, LLC (Re: Related Document(s) #:38 Motion to Assume/Reject,, 40 Opposition.) (Attachments: # 1 Exhibit A) (Perrell, Joel) (Entered: 10/03/2005) |
| 10/03/2005 | 48 | Motion to Convert, Motion to Dismiss Case Filed by U. S. Trustee for Region Four (Attachments: # 1 Proposed Conversion Order# 2 Proposed Dismissal Order)(xEarly1, Dennis) (Entered: 10/03/2005) |
| 10/03/2005 | 49 | Notice of Opportunity to Object *Motion to Convert to Chapter 7 or, in the Alternative, to Dismiss* Filed by U. S. Trustee for Region Four. (Re: Related Document(s) #:48 Motion to Convert, Motion to Dismiss Case.) Objections due by 10/24/2005 for 48,. (xEarly1, Dennis) (Entered: 10/03/2005) |
| 10/03/2005 | 50 | Notice of Hearing *on Motion to Convert to Chapter7 or, in the Alternative, to Dismiss* Filed by U. S. Trustee for Region Four (Re: Related Document(s) #:48 Motion to Convert, Motion to Dismiss Case.) Hearing scheduled for 11/15/2005 at 09:30 AM Courtroom 24 for 48,. (xEarly1, Dennis) (Entered: 10/03/2005) |
| 10/04/2005 | | Document Transmitted to Calender Clerk (Re: Related Document(s) #:48 Motion to Convert, Motion to Dismiss Case) (dc) (Entered: 10/04/2005) |

| | | |
|---|---|---|
| 10/04/2005 | ⊜51 | Notice of Motion to Dismiss or Convert and Notice of Hearing (Re: Related Document(s) #:48 Motion to Convert, Motion to Dismiss Case) Hearing scheduled for 11/15/2005 at 09:30 AM Courtroom 2. (sm) (Entered: 10/04/2005) |
| 10/06/2005 | ⊜52 | BNC Certificate of Mailing - Notice. (Re: Related Document(s) #:51 Notice of Motion to Dismiss or Convert and Notice of Hearing) No. of Notices: 42. Service Date 10/06/2005. (Admin.) (Entered: 10/07/2005) |
| 10/10/2005 | ⊜53 | Motion for Relief from Stay. Fee Amount $150, Filed by K. Lounge LLC (Attachments: # 1 Proposed Order Granting Relief From Stay) (Burns, John) (Entered: 10/10/2005) |
| 10/10/2005 | 54 | Receipt of Motion for Relief From Stay(05-01041) [motion,mrlfsty] ( 150.00) Filing Fee. Receipt number317339. Fee Amount 150.00 (U.S. Treasury) (Entered: 10/10/2005) |
| 10/10/2005 | ⊜55 | Notice of Hearing Scheduled for 11/03/05. *On Motion For Relief From Stay* Filed by K. Lounge LLC. (Re: Related Document(s) #:53 Motion for Relief From Stay.) (Burns, John) (Entered: 10/10/2005) |
| 10/10/2005 | ⊜56 | Notice of Opportunity to Object *to Motion for Relief From Stay* Filed by K. Lounge LLC. (Re: Related Document(s) #:53 Motion for Relief From Stay.) Objections due by 10/21/2005. (Burns, John) (Entered: 10/10/2005) |
| 10/11/2005 | ⊜ | Hearing Scheduled (Re: Related Document(s) #:53 Motion for Relief From Stay filed by K Lounge, LLC (CB 8th Street, LLC--Property 2107 Brandywine and 2108 Brandywine) Hearing scheduled for 11/3/2005 at 09:30 AM Courtroom 24 (dc) (Entered: 10/11/2005) |
| 10/13/2005 | ⊜ | Notice of Returned Mail---Daniel Asmake--Box Closed-- (Re: Related Document(s) #:52 BNC Certificate of Mailing - Notice) (dc) (Entered: 10/13/2005) |
| 10/19/2005 | ⊜57 | Motion to Continue Hearing On *MOTION BY CB 8TH STREET, LLC FOR DETERMINATION OF REJECTION OF LEASE PENDING FURTHER DETERMINATIONS ON LOCAL LAW ISSUES BY THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA* Filed by K. Lounge LLC (Re: Related Document(s) #:44 Hearing Scheduled,.) (Attachments: # 1 ORDER GRANTING MOTION TO CONTINUE HEARING ON MOTION BY CB 8TH STREET, LLC FOR DETERMINATION OF REJECTION OF LEASE PENDING FURTHER DETERMINATIONS ON LOCAL LAW ISSUES BY THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA) (Burns, John) (Entered: 10/19/2005) |

| 10/19/2005 | ⊜58 | Notice OF OPPORTUNITY TO OBJECT TO MOTION BY K LOUNGE, LLC TO CONTINUE HEARING ON MOTION BY CB 8TH STREET, LLC, FOR DETERMINATION OF REJECTION OF LEASE PENDING FURTHER DETERMINATIONS ON LOCAL LAW ISSUES BY THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA Filed by K. Lounge LLC. (Burns, John) (Entered: 10/19/2005) |
|---|---|---|
| 10/19/2005 | ⊜ | Notice of Returned Mail---Gemma Kibunja--Unable to forward-- (Re: Related Document(s) #:51 Notice of Motion to Dismiss or Convert and Notice of Hearing) (Caine, Doris) (Entered: 10/19/2005) |
| 10/19/2005 | ⊜59 | Opposition TO MOTION BY UNITED STATES TRUSTEE TO CONVERT OR DISMISS CHAPTER 11 CASE Filed by K. Lounge LLC (Attachments: # 1 ORDER DENYING MOTION BY THE UNITED STATES TRUSTEE TO CONVERT OR DISMISS CHAPTER 11 CASE) (Burns, John) (Entered: 10/19/2005) |
| 10/19/2005 | ⊜60 | Motion to Continue Hearing On Motion to Reschedule November 8, 2005 Hearing on Motion for Determination of Rejection of Lease of Non-Residential Real Property Located at 2009 8th Street, NW, Washington, DC and for Order Directing Debtor to Surrender Property and the Debtor's Response Thereto to November 3, 2005 at 9:30 a.m. and Notice Under LBR 9013-1 of Opportunity to Object Filed by CB 8th Street, LLC (Re: Related Document(s) #:38 Motion to Assume/Reject,.) (Attachments: # 1 Proposed Order) (Perrell, Joel) (Entered: 10/19/2005) |
| 10/19/2005 | ⊜61 | Notice of Opportunity to Object to Motion to Reschedule November 8, 2005 Hearing on Motion for Determination of Rejection of Lease of Non-Residential Real Property Located at 2009 8th Street, NW, Washington, DC and for Order Directing Debtor to Surrender Property and the Debtor's Response Thereto to November 3, 2005 at 9:30 a.m. and Notice Under LBR 9013-1 of Opportunity to Object Filed by CB 8th Street, LLC. (Re: Related Document(s) #:60 Motion to Continue/Reschedule Hearing,,.) Objections due by 10/31/2005. (Perrell, Joel) (Entered: 10/19/2005) |
| 10/19/2005 | ⊜62 | Response and Limited Joinder by CB 8th Street, LLC to Motion of United States Trustee to Convert to Chapter 7 or, in the Alternative, to Dismiss Filed by CB 8th Street, LLC (Re: Related Document(s) #:48 Motion to Convert, Motion to Dismiss Case.) (Attachments: # 1 Proposed Order) (Perrell, Joel) (Entered: 10/19/2005) |
| 10/19/2005 | ⊜63 | Opposition to Debtor's Motion for Relief from Stay Filed by CB 8th Street, LLC (Re: Related Document(s) #:53 Motion for Relief From Stay.) (Attachments: # 1 Exhibit A# 2 Proposed Order) (Perrell, Joel) (Entered: 10/19/2005) |

| | | |
|---|---|---|
| 10/28/2005 | 64 | Opposition *by CB 8th Street, LLC to Debtor's Motion to Continue Hearing on Motion for Determination of Rejection of Lease Pending Further Determination on Local Law Issues by the Superior Court for the District of Columbia* Filed by CB 8th Street, LLC (Re: Related Document(s) #:57 Motion to Continue/Reschedule Hearing,,.) (Attachments: # 1 Proposed Order) (Perrell, Joel) (Entered: 10/28/2005) |
| 10/31/2005 | 65 | Opposition *To Motion to Reschedule Hearing on MOtion to Determine Rejection to November 3, 2005* Filed by K. Lounge LLC (Re: Related Document(s) #:60 Motion to Continue/Reschedule Hearing,,.) (Burns, John) (Entered: 10/31/2005) |
| 11/01/2005 | 66 | Support Document Re: *Supplemental Memorandum In Support of (i) Opposition to Motion by CB 8th Street, LLC for Determination of Rejection of Lease; and (ii) Motion in Limine Respective to Invalid Pre-Bankruptcy Lease Terms* Filed by K. Lounge LLC. (Re: Related Document(s) #:40 Opposition.) (Burns, John) (Entered: 11/01/2005) |
| 11/01/2005 | 67 | Motion to Amend/Modify *By Motion in Limine Respective to Invalid Bankruptcy Lease Terms Supplying Additional Cause for Motion for Relief From Automatic Stay* Filed by K. Lounge LLC (Re: Related Document(s) #:53 Motion for Relief From Stay.) (Attachments: # 1 Supplement Memorandum In Support of (i) Opposition to Motion by CB 8th Street, LLC For Determination of Rejection of Lease; and (ii) Motion In Limine Respective to Invalid Pre-Bankruptcy Lease Terms# 2 Proposed Order Granting Relief Sought) (Burns, John) (Entered: 11/01/2005) |
| 11/02/2005 | 68 | Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement Filed by K. Lounge LLC (Attachments: # 1 Proposed Order Granting Motion to Extend Exclusivity# 2 Exhibit Notice of Opportunity to Object) (Burns, John) (Entered: 11/02/2005) |
| 11/02/2005 | 69 | Application to Employ John D. Burns, Esquire as Counsel to Debtor Filed by K. Lounge LLC (Attachments: # 1 Proposed Order Granting Application to Employ Counsel# 2 Affidavit Respective to Application to Employ Counsel) (Burns, John) (Entered: 11/02/2005) |
| 11/02/2005 | 70 | Exhibit *Lease Document, Number 1 to Memorandum in Support* Filed by K. Lounge LLC. (Re: Related Document(s) #:67 Motion to Amend/Modify,,.) (Attachments: # 1 Exhibit Final Pages)(Burns, John) (Entered: 11/02/2005) |
| 11/02/2005 | 71 | Exhibit *Amendment and Assignment of Lease, Exhibit 2 to Memorandum* Filed by K. Lounge LLC. (Re: Related Document(s) #:67 Motion to Amend/Modify,,.) (Burns, John) (Entered: 11/02/2005) |

| 11/02/2005 | 72 | Application to Employ Ramsey Daminabo, CPA as Accountant Filed by K. Lounge LLC (Attachments: # 1 Affidavit of Accountant# 2 Proposed Order Granting Application Employ Accountants) (Burns, John) (Entered: 11/02/2005) |
| 11/02/2005 | 73 | Debtor-In-Possession Monthly Operating Report for Filing Period July, 2005 *(Income and Expenses)* Filed by K. Lounge LLC. (Burns, John) (Entered: 11/02/2005) |
| 11/02/2005 | 74 | Debtor-In-Possession Monthly Operating Report for Filing Period August, 2005 *(Income/Expenses)* Filed by K. Lounge LLC. (Burns, John) (Entered: 11/02/2005) |
| 11/02/2005 | 75 | Debtor-In-Possession Monthly Operating Report for Filing Period September, 2005 *(Income/Expenses)* Filed by K. Lounge LLC. (Burns, John) (Entered: 11/02/2005) |
| 11/02/2005 | 76 | Schedules A-J Filed by K. Lounge LLC. (Burns, John) (Entered: 11/02/2005) |
| 11/03/2005 | 78 | Hearing Held (Re: Related Document(s) #:53 Motion for Relief From Stay) (Myers, Sally) (Entered: 11/04/2005) |
| 11/04/2005 | 77 | Objection *by the United States Trustee to the Employment of the Burns Law Firm, LLC* Filed by U. S. Trustee for Region Four (Re: Related Document(s) #:69 Application to Employ.) (Attachments: # 1 Proposed Order) (xEarly1, Dennis) (Entered: 11/04/2005) |
| 11/04/2005 | | Deadlines Terminated. Motion for Determination of Rejection of Lease of Non-Residential Real Property addressed at hearing on 11/3/05 (Myers, Sally) (Entered: 11/04/2005) |
| 11/08/2005 | | Document Transmitted to Chambers (Re: Related Document(s) #:69 Application to Employ, 77 Objection) (Caine, Doris) (Entered: 11/08/2005) |
| 11/08/2005 | 79 | Order granting Motion To Assume/Reject (Related Document #: 38) Entered on 11/8/2005. (See Order for further details) (Caine, Doris) (Entered: 11/08/2005) |
| 11/08/2005 | 80 | Order Denying Motion for Relief From Stay pursuant to an oral Decision of November 3, 2005 (Related Doc # 53) Entered on 11/8/2005. (Caine, Doris) (Entered: 11/08/2005) |
| 11/09/2005 | 81 | Hearing Scheduled (Re: Related Document(s) #:69 Application to Employ John D. Burns as Counsel to Debtor Filed by K. Lounge LLC) Hearing scheduled for 12/7/2005 at 09:30 AM Courtroom 2. |

| | | (Myers, Sally) (Entered: 11/09/2005) |
|---|---|---|
| 11/10/2005 | 82 | Opposition *by CB 8th Street, LLC to Debtor's Motion for Extension of Exclusivity Periods to File a Plan and to Obtain Acceptances Pursuant to 11 U.S.C. Section 1121(d)* Filed by CB 8th Street, LLC (Re: Related Document(s) #:68 Motion to Extend Exclusivity Period.) (Attachments: # 1 Proposed Order) (Perrell, Joel) (Entered: 11/10/2005) |
| 11/10/2005 | 83 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:79 Order on Motion to Assume/Reject) No. of Notices: 2. Service Date 11/10/2005. (Admin.) (Entered: 11/11/2005) |
| 11/10/2005 | 84 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:80 Order on Motion for Relief) No. of Notices: 1. Service Date 11/10/2005. (Admin.) (Entered: 11/11/2005) |
| 11/11/2005 | 85 | Notice of Appeal *on Order Determining Rejection of Lease*. Fee Amount $250 Filed by K. Lounge LLC (Re: Related Document(s) #:79 Order on Motion to Assume/Reject.) Appellant Designation due by 11/21/2005 (Burns, John). NOTE: THE CLERK'S OFFICE HAS MAILED COPIES OF THIS NOTICE TO ALL INTERESTED PARTIES Modified on 11/25/2005 (Wint, Michael). (Entered: 11/11/2005) |
| 11/11/2005 | 86 | Receipt of Notice of Appeal(05-01041) [appeal,ntcapl] ( 250.00) Filing Fee. Receipt number339837. Fee Amount 250.00 (U.S. Treasury) (Entered: 11/11/2005) |
| 11/11/2005 | 87 | BNC Certificate of Mailing - Hearing. (Re: Related Document(s) #:81 Hearing Scheduled) No. of Notices: 1. Service Date 11/11/2005. (Admin.) (Entered: 11/12/2005) |
| 11/14/2005 | 88 | Disclosure of Compensation of Attorney for Debtor in the Amount of $ 5000.00 Filed by John Douglas Burns Filed by on behalf of K. Lounge LLC. (Burns, John) (Entered: 11/14/2005) |
| 11/14/2005 | 89 | Response *To Objection to Employment Application of the Burns LawFirm, LLC* Filed by K. Lounge LLC (Re: Related Document(s) #:77 Objection.) (Burns, John) (Entered: 11/14/2005) |
| 11/14/2005 | 90 | Motion To Stay Pending Appeal *Respective to Order Determining Rejection of Unexpired Lease of Non-Residential Real Property and Requiring Surrender of Premises Contrary to Local Law Pursuant to Fed. R. Bankr. P. 8005* Filed by K. Lounge LLC (Re: Related Document(s) #:79 Order on Motion to Assume/Reject.) (Attachments: # 1 Proposed Order Granting Relief Stay Pending Appeal# 2 |

| | | |
|---|---|---|
| | | Supplement Notice of Opportunity to Object) (Burns, John) (Entered: 11/14/2005) |
| 11/14/2005 | ❸91 | Motion to Reconsider *Order Denying Motion for Relief From Stay* Filed by K. Lounge LLC (Re: Related Document(s) #:80 Order on Motion for Relief.) (Attachments: # 1 Proposed Order Granting Motion for Reconsideration# 2 Supplement Notice of Opportunity to Object) (Burns, John) (Entered: 11/14/2005) |
| 11/14/2005 | ❸92 | Application to Employ Izal Saddler, Esquire as Special Counsel Filed by K. Lounge LLC (Attachments: # 1 Affidavit of Special Counsel, Izal Saddler, Esquire# 2 Proposed Order Granting Motion to Employ Special Counsel) (Burns, John) (Entered: 11/14/2005) |
| 11/15/2005 | ❸93 | Hearing Held (Re: Related Document(s) #:48 Motion to Convert, Motion to Dismiss Case) Converted (Myers, Sally) (Entered: 11/16/2005) |
| 11/16/2005 | ❸94 | Order Converting Case From Chapter 11 To Chapter 7-- Trustee Marc E. Albert added to the case. (Related Document(s) #:48 Motion to Convert, Motion to Dismiss Case.) Order entered on--- 11/16/2005. 341(a) meeting to be held on--- 12/14/2005 at 09:00 AM U.S. Trustee's Meeting Room for 48, . Last day to oppose discharge or dischargeability is--- 2/12/2006 (Caine, Doris) (Entered: 11/16/2005) |
| 11/16/2005 | ❸95 | 341 First Meeting of Creditors Pre-10/17/05 Notice Generated and Sent to BNC (Caine, Doris) (Entered: 11/16/2005) |
| 11/16/2005 | ❸ | U. S. Trustee for Region Four, has been Added as an Interested Party in this Newly Filed Bankruptcy Case. (Caine, Doris) (Entered: 11/16/2005) |
| 11/16/2005 | ❸96 | Appellant Designation of Contents For Inclusion in Record On Appeal *(Hard Copy of Docket to Be Mailed)* Filed by K. Lounge LLC (Re: Related Document(s) #:85 Notice of Appeal.) Appellee designation due by 11/28/2005 for 85,. Transmission of Designation Due by 12/16/2005 for 85,. (Burns, John) (Entered: 11/16/2005) |
| 11/16/2005 | ❸97 | Motion To Stay */Suspend Proceedings In Appeal Due to Chapter Trustee and Commencement of 60 Day Period For Assumption and Rejection of Lease Under Section 365(d) and 348 and Terms of Lease Agreement* Filed by K. Lounge LLC (Re: Related Document(s) #:85 Notice of Appeal.) (Attachments: # 1 Proposed Order Granting Motion to Toll Appeal) (Burns, John) (Entered: 11/16/2005) |
| 11/16/2005 | ❸98 | Objection *of United States Trustee to Application to Employ Special Counsel* Filed by U. S. Trustee for Region Four (Re: Related |

| | | |
|---|---|---|
| | | Document(s) #:92 Application to Employ.) (xEarly1, Dennis) (Entered: 11/16/2005) |
| 11/16/2005 | ☞99 | Interim Reply *to Objection to Employment Application of Izal Saddler, Esquire* Filed by K. Lounge LLC (Re: Related Document(s) #:92 Application to Employ.) (Burns, John) (Entered: 11/16/2005) |
| 11/17/2005 | ☞ | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE RELATED PLEADING REQUIRES A SEPARATELY FILED NOTICE OF OPPORTUNITY TO OBJECT. PLEASE FILE A SEPARATE NOTICE OF OPPORTUNITY TO OBJECT. (Re: Related Document(s) #:90 Motion To Stay Pending Appeal,, 91 Motion to Reconsider, ) YOU HAVE UNTIL 11/21/2005 for 90 and for 91, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Caine, Doris) (Entered: 11/17/2005) |
| 11/17/2005 | ☞100 | PROPOSED ORDER. deficiency cure *Order to Deny Employment of Special Counsel* Filed by U. S. Trustee for Region Four. (Re: Related Document(s) #:98 Objection.) (xEarly1, Dennis) (Entered: 11/17/2005) |
| 11/18/2005 | | Document Transmitted to Chambers (Re: Related Document(s) #:100 Proposed Order) (Caine, Doris) (Entered: 11/18/2005) |
| 11/18/2005 | | Motions Terminated (DE48 and 68, Case Converted to chapter 7) (Caine, Doris) (Entered: 11/18/2005) |
| 11/18/2005 | ☞101 | BNC Certificate of Mailing - First Meeting of Creditors. (Re: Related Document(s) #:95 First Meeting of Creditors Pre-10/17/05 Notice Generated and Sent to BNC) No. of Notices: 38. Service Date 11/18/2005. (Admin.) (Entered: 11/19/2005) |
| 11/18/2005 | ☞102 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:94 Converting Case From Chapter 11 To Chapter 7, ) No. of Notices: 43. Service Date 11/18/2005. (Admin.) (Entered: 11/19/2005) |
| 11/21/2005 | ☞ | Trustee Request for Asset Notice. The Clerk will please send a notice to all creditors and parties in interest stating that there may be assets available for distribution and requiring that Proofs of Claim be filed in this case. Filed by Marc E. Albert (Albert, Marc) (Entered: 11/21/2005) |
| 11/22/2005 | ☞103 | Notice of Possible Dividends (Re: Related Document(s) #: Notice of Possible Dividend - Asset Designation, ) (Caine, Doris) (Entered: |

| | | |
|---|---|---|
| | | 11/22/2005) |
| 11/23/2005 | ⊛ | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE ATTACHED PDF--DESIGNATION OF RECORD AND ITEMS FOR APPEAL--NO ATTACHED DOCKET SHEET WITH ITEMS CIRCLED INCLUDED-- PLEASE FILE AN AMENDED PLEADING WITH THE ATTACHMENTS-- (Re: Related Document(s) #:96 Appellant Designation, ) YOU HAVE UNTIL 11/28/2005 for 96, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Caine, Doris) (Entered: 11/23/2005) |
| 11/24/2005 | ⊛104 | BNC Certificate of Mailing - Notice. (Re: Related Document(s) #:103 Notice of Possible Dividends) No. of Notices: 42. Service Date 11/24/2005. (Admin.) (Entered: 11/25/2005) |
| 11/25/2005 | ⊛105 | BNC Certificate of Service - Notice of Possible Dividends. (Re: Related Document(s) #:103 Notice of Possible Dividends) Proofs of Claim due by 2/23/2006 for 103, . (Caine, Doris) (Entered: 11/25/2005) |
| 11/25/2005 | | Motions Terminated (DE 57,60, Order signed DE 79 (Caine, Doris) (Entered: 11/25/2005) |
| 11/25/2005 | | Document Transmitted to Chambers (Re: Related Document(s) #:97 Motion To Stay, ) (Caine, Doris) (Entered: 11/25/2005) |
| 11/25/2005 | ⊛ | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE PROPOSED ORDER WAS NOT UPLOADED. PLEASE CLICK ON THE BANKRUPTCY MENU THEN CLICK ON ORDER UPLOAD AND PROCEED TO UPLOAD YOUR PROPOSED ORDER. (Re: Related Document(s) #:67 Motion to Amend/Modify, , ) YOU HAVE UNTIL 11/28/2005 for 67, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Caine, Doris) (Entered: 11/25/2005) |
| 11/25/2005 | ⊛ | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE PROPOSED ORDER WAS NOT UPLOADED. PLEASE CLICK ON THE BANKRUPTCY MENU THEN CLICK ON ORDER UPLOAD AND PROCEED TO UPLOAD YOUR PROPOSED ORDER. (Re: Related Document(s) #:91 Motion to Reconsider, ) YOU HAVE UNTIL 11/28/2005 for 91, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Caine, Doris) (Entered: |

| | | |
|---|---|---|
| | | 11/25/2005) |
| 11/25/2005 | ● | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE PROPOSED ORDER WAS NOT UPLOADED. PLEASE CLICK ON THE BANKRUPTCY MENU THEN CLICK ON ORDER UPLOAD AND PROCEED TO UPLOAD YOUR PROPOSED ORDER. (Re: Related Document(s) #:92 Application to Employ) YOU HAVE UNTIL 11/28/2005 for 92, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Caine, Doris) (Entered: 11/25/2005) |
| 11/28/2005 | ●106 | Application to Employ Stinson Morrison Hecker LLP as Attorneys Filed by Marc E. Albert (Attachments: # 1 Verified Statement# 2 Proposed Order) (Clark, Darrell) (Entered: 11/28/2005) |
| 11/28/2005 | ●107 | *Opposition by CB 8th Street, LLC to Debtor's Request to Suspend Proceedings in Appeal Due to Appointment of Chapter 7 Trustee and Commencement of 60 Day Period for Assumption and Rejection of Lease Under 11 U.S.C. Sections 348, 365(d)(4) and Terms of Lease Agreement* Filed by CB 8th Street, LLC (Re: Related Document(s) #:97 Motion To Stay,.) (Perrell, Joel) (Entered: 11/28/2005) |
| 11/28/2005 | ●108 | *Opposition by CB 8th Street, LLC to Debtor's Motion for Stay Pending Appeal on Order Determining Rejection of Unexpired Lease of Non-Residential Real Property and Requiring Surrender of Premises Contrary to Local Law Pursuant to Fed. R. Bankr. P. 8005* Filed by CB 8th Street, LLC (Re: Related Document(s) #:90 Motion To Stay Pending Appeal,.) (Attachments: # 1 Proposed Order) (Perrell, Joel) (Entered: 11/28/2005) |
| 11/28/2005 | ●109 | *Opposition by CB 8th Street, LLC to Debtor's Motion for Reconsideration and to Amend Order Denying Relief from Automatic Stay Pursuant to Fed. R. Bankr. P. 9023 and Fed. R. Civ. P. 59(e)* Filed by CB 8th Street, LLC (Re: Related Document(s) #:91 Motion to Reconsider,.) (Attachments: # 1 Proposed Order) (Perrell, Joel) (Entered: 11/28/2005) |
| 11/28/2005 | ●110 | PROPOSED ORDER. Filed by CB 8th Street, LLC. (Re: Related Document(s) #:107 Opposition,.) (Perrell, Joel) (Entered: 11/28/2005) |
| 11/28/2005 | ●111 | Appellee Designation of Contents for Inclusion in Record of Appeal Filed by CB 8th Street, LLC (Re: Related Document(s) #:85 Notice of Appeal,.) (Attachments: # 1 Item 1# 2 Item 2# 3 Item 3# 4 Item 4# 5 Item 5)(Perrell, Joel) (Entered: 11/28/2005) |
| 12/02/2005 | ● | Notice of Returned Mail--Antoine Jones--Forwarding Time Expired-- |

| | | (Re: Related Document(s) #:95 First Meeting of Creditors Pre-10/17/05 Notice Generated and Sent to BNC) (Reed, Tiffany) (Entered: 12/02/2005) |
|---|---|---|
| 12/06/2005 | 112 | Motion to Dismiss/Strike/Withdraw *Employment Application as Moot* Filed by K. Lounge LLC (Re: Related Document(s) #:69 Application to Employ.) (Attachments: # 1 Proposed Order Authorizing Withdrawal of Employment Application as Moot) (Burns, John) (Entered: 12/06/2005) |
| 12/07/2005 | 113 | Exhibit */Line Providing Supplemental Documentation to Response to Objection to Employment Application of the Burns LawFirm, LLC* Filed by K. Lounge LLC. (Re: Related Document(s) #:89 Response.) (Burns, John) (Entered: 12/07/2005) |
| 12/07/2005 | 117 | Hearing Held (Re: Related Document(s) #:69 Application to Employ John D. Burns) (Myers, Sally) (Entered: 12/08/2005) |
| 12/08/2005 | 114 | Opposition *to Response by K Lounge, LLC* Filed by K. Lounge LLC (Re: Related Document(s) #:107 Opposition,.) (Burns, John) (Entered: 12/08/2005) |
| 12/08/2005 | 115 | Opposition *to Response on Motion For Stay Pending Appeal* Filed by K. Lounge LLC (Re: Related Document(s) #:108 Opposition,.) (Burns, John) (Entered: 12/08/2005) |
| 12/08/2005 | 116 | Opposition *To Response to Motion for Reconsideration of Liftstay Order* Filed by K. Lounge LLC (Re: Related Document(s) #:109 Opposition,.) (Burns, John) (Entered: 12/08/2005) |
| 12/12/2005 | 118 | Order Granting Application to Employ Ramsey Daminabo, CPA (Related Document #: 72) Entered on 12/12/2005. (Caine, Doris) (Entered: 12/12/2005) |
| 12/12/2005 | | Ramsey Daminabo, CPA added to case. (Order DE 118) (Caine, Doris) (Entered: 12/12/2005) |
| 12/12/2005 | 119 | Order Denying Motion To Stay Pending Appeal (Related Document #: 90) Entered on 12/12/2005. (Caine, Doris) (Entered: 12/12/2005) |
| 12/12/2005 | 120 | Order Denying Motion To Reconsider and to Amend Order Denying Relief from Automatic Stay (Related Document #: 91) Entered on 12/12/2005. (Caine, Doris) Modified on 12/15/2005 (Meador, Patti). (Entered: 12/12/2005) |
| 12/12/2005 | 121 | Order Denying Motion /Request to Suspend Proceedings in Appeal due to Appointment of Chapter 7 Trustee and Commencement of 60 |

| | | Day Period for Assumption and Rejection of Lease under 11 U.S.C } 348,365(d)(4) and Terms of Lease Agreement (Related Document #: 97) Entered on 12/12/2005. (Caine, Doris) (Entered: 12/12/2005) |
|---|---|---|
| 12/12/2005 | 122 | Motion to Reconsider *(i) Order Denying Request to Suspend Proceedings in Appeal Due to Appointment of Chapter 7 Trustee and Commencement of 60 Day Period for Assumption and Rejection of Lease under 11 U.S.C. Sections 348 and 365(d)(4) an dTerms of Lease Agreement; (ii) Order Denying Motion for Stay Pending Appeal on Order Determining Rejection of of Unexpired Lease of Non-Residential real Property and Requiring Surrender of Premises Contrary to Local Law Pursuant to Fed. R. Bankr. P. 8005; and (iii) Order Denying Motion for Reconsideration of Order Denying Motion for Relief From Stay Pending Trustee's Abandonment of Such Causes of Action Pursuant to 11 U.S.C. Section 554* Filed by K. Lounge LLC (Re: Related Document(s) #:120 Order on Motion To Reconsider, 121 Order on Motion to Stay,, 119 Order on Motion To Stay Pending Appeal.) (Attachments: # 1 Proposed Order Granting Motion For Reconsideration) (Burns, John) (Entered: 12/12/2005) |
| 12/13/2005 | | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE PROPOSED ORDER WAS NOT UPLOADED. PLEASE CLICK ON THE BANKRUPTCY MENU THEN CLICK ON ORDER UPLOAD AND PROCEED TO UPLOAD YOUR PROPOSED ORDER. (Re: Related Document(s) #:122 Motion to Reconsider, , , ) YOU HAVE UNTIL 12/16/2005 for 122, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Caine, Doris) (Entered: 12/13/2005) |
| 12/14/2005 | 123 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:119 Order on Motion To Stay Pending Appeal) No. of Notices: 1. Service Date 12/14/2005. (Admin.) (Entered: 12/15/2005) |
| 12/14/2005 | 124 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:120 Order on Motion To Reconsider) No. of Notices: 1. Service Date 12/14/2005. (Admin.) (Entered: 12/15/2005) |
| 12/14/2005 | 125 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:121 Order on Motion to Stay, ) No. of Notices: 1. Service Date 12/14/2005. (Admin.) (Entered: 12/15/2005) |
| 12/15/2005 | 126 | Order Denying Application to Employ The Burns Law Firm, LLC (Related Document #: 69) Entered on 12/15/2005. (Caine, Doris) (Entered: 12/15/2005) |
| 12/15/2005 | | Document Transmitted to Chambers (Re: Related Document(s) #:106 |

| | | Application to Employ) (Caine, Doris) (Entered: 12/15/2005) |
|---|---|---|
| 12/16/2005 | ⊕127 | Order Granting Application to Employ Stinson Morrion Hecker LLP as counsel for the chapter 7 Trustee (Related Document #: 106) Entered on 12/16/2005. (Caine, Doris) (Entered: 12/16/2005) |
| 12/17/2005 | ⊕128 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:126 Order on Application to Employ) No. of Notices: 1. Service Date 12/17/2005. (Admin.) (Entered: 12/18/2005) |
| 12/18/2005 | ⊕129 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:127 Order on Application to Employ) No. of Notices: 1. Service Date 12/18/2005. (Admin.) (Entered: 12/19/2005) |
| 12/20/2005 | | Deadlines Terminated. (DE122, Proposed Order uploaded) (Caine, Doris) (Entered: 12/20/2005) |
| 12/22/2005 | ⊕130 | Opposition *to Debtor's Motion for Reconsideration of (I) Order Denying Request to Suspend Proceedings in Appeal Due to Appointment of Chapter 7 Trustee and Commencement of 60 Day Period for Assumption and Rejection of Lease Under 11 U.S.C. Sections 348, 365(d)(4) and Terms of Lease Agreement; (II) Order Denying Motinfor Stay Pending Appeal on Order Determining Rejection of Unexpired Lease of Non-Residential Real Property and Requiring Surrender of Premises Contrary to Local Law Pursuant to Fed. R. Bankr. P. 8005; and (III) Order Denying Motion for Reconsideration of Order Denying Motion for Relief from Stay Pending Trustee's Abandonment of Such Causes of Action Pursuant to 11 U.S.C. Section 554* Filed by CB 8th Street, LLC (Re: Related Document(s) #:122 Motion to Reconsider,,,,.) (Attachments: # 1 Proposed Order) (Perrell, Joel) (Entered: 12/22/2005) |
| 12/22/2005 | | Document Transmitted to Chambers (Re: Related Document(s) #:92 Application to Employ) (Caine, Doris) (Entered: 12/22/2005) |
| 12/23/2005 | ⊕131 | Reply *to Opposition to Motion For Further Reconsideration of Various Contested Matters* Filed by K. Lounge LLC (Re: Related Document(s) #:130 Opposition,,,,.) (Burns, John) (Entered: 12/23/2005) |
| 12/27/2005 | ⊕132 | Notice of Intent to Sell *Assets Of The Debtor Out Of The Ordinary Course Of Business And Free And Clear Of All Liens* Filed by Marc E. Albert. (Clark, Darrell) (Entered: 12/27/2005) |
| 12/27/2005 | ⊕133 | Motion to Shorten Time Period *For The (20) Day Notice Requirement For Trustee's Notice of Sale.* Filed by Marc E. Albert (Attachments: # 1 Proposed Order) (Clark, Darrell) (Entered: 12/27/2005) |
| | | |

| 12/27/2005 | ⊜134 | Notice of Opportunity to Object *Notice Of Motion For Authority To Shorten 20 Day Notice Requirement For Trustee's Notice of Sale* Filed by Marc E. Albert. (Re: Related Document(s) #:133 Motion to Extend/Shorten Time.) Objections due by 1/7/2006. (Clark, Darrell) (Entered: 12/27/2005) |
|---|---|---|
| 12/27/2005 | ⊜135 | Motion to Reject *Lease, And Notice of Deadline To File and Serve Objection To Motion* Filed by Marc E. Albert (Attachments: # 1 Proposed Order) (Clark, Darrell) (Entered: 12/27/2005) |
| 12/27/2005 | ⊜136 | Application to Employ R.L. Rasmus Auctioneers as Appraiser/Auctioneer Filed by Marc E. Albert (Attachments: # 1 Proposed Order) (Clark, Darrell) (Entered: 12/27/2005) |
| 12/28/2005 | ⊜137 | Supplemental Amended Document Filed by Marc E. Albert. (Re: Related Document(s) #:135 Motion to Assume/Reject.) (Clark, Darrell) (Entered: 12/28/2005) |
| 01/03/2006 | ⊜ | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE RELATED PLEADING REQUIRES A SEPARATELY FILED NOTICE OF OPPORTUNITY TO OBJECT. PLEASE FILE A SEPARATE NOTICE OF OPPORTUNITY TO OBJECT. (Re: Related Document(s) #:135 Motion to Assume/Reject) YOU HAVE UNTIL 1/6/2006 for 135, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Caine, Doris) (Entered: 01/03/2006) |
| 01/05/2006 | ⊜138 | Opinion Regarding Application to Employ Special Counsel (Related Document(s) #:92 Application to Employ Izal Saddler as Special Counsel) Order entered on 1/5/2006. (Caine, Doris) (Entered: 01/05/2006) |
| 01/05/2006 | 139 | Order Denying Application to Employ Special Counsel and Requiring Izal Saddler to DISGORGE amount received from Estate and to file Affidavit Regarding all Payments Relating to case and further Ordered that by January 16, 2006, Izal Saddler shall file an affidavit disclosing all payments received (See Order for further details) (Related Document #: 92) Entered on 1/5/2006. (Caine, Doris) (Entered: 01/05/2006) |
| 01/05/2006 | | Reopen Document (Re: Related Document(s) #:92 Application to Employ) (Caine, Doris) (Entered: 01/05/2006) |
| 01/05/2006 | ⊜140 | Order Denying Application to Employ Special Counsel and Requring Izal Saddler to DISGORGE amounts received from Estate and to file Affidavit regarding all Payments relating to case: Affidavit due by 1/16/2006 (See Order for further details (Related Document #: 92) |

| | | |
|---|---|---|
| | | Entered on 1/5/2006. (Caine, Doris) (Entered: 01/05/2006) |
| 01/05/2006 | ●141 | Notice of Opportunity to Object *to Motion to Reject Lease* Filed by Marc E. Albert. (Re: Related Document(s) #:135 Motion to Assume/Reject.) Objections due by 1/17/2006. (Clark, Darrell) (Entered: 01/05/2006) |
| 01/05/2006 | ●142 | Request to Withdraw Document Filed by K. Lounge LLC. (Re: Related Document(s) #:122 Motion to Reconsider,,,,.) (Burns, John) (Entered: 01/05/2006) |
| 01/06/2006 | ●143 | Limited Response *by CB 8th Street, LLC to (I) Trustee's Motion to Reject Lease, and Notice of Deadline to File and Serve Objection to Motion and (II) Supplement to Motion to Reject Lease* Filed by CB 8th Street, LLC (Attachments: # 1 Proposed Order) (Perrell, Joel) (Entered: 01/06/2006) |
| 01/07/2006 | ●144 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:138 Memorandum Decision) No. of Notices: 2. Service Date 01/07/2006. (Admin.) (Entered: 01/08/2006) |
| 01/07/2006 | ●145 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:140 Order on Application to Employ, ) No. of Notices: 2. Service Date 01/07/2006. (Admin.) (Entered: 01/08/2006) |
| 01/09/2006 | | Motions Terminated. (DE 122, Withdrawn by counsel for debtor) (Caine, Doris) (Entered: 01/09/2006) |
| 01/09/2006 | | Document Transmitted to Chambers (Re: Related Document(s) #:133 Motion to Extend/Shorten Time) (Caine, Doris) (Entered: 01/09/2006) |
| 01/09/2006 | | Deadlines Terminated. (DE135, Notice of opp. to object filed) (Caine, Doris) (Entered: 01/09/2006) |
| 01/10/2006 | ●146 | Order Granting Motion to SHORTEN 20 day notice Requirement for Trustee's Notice of Sale: Objection Sale deadline--- 1/6/2006(Related Document #: 133) Entered on 1/10/2006. (Caine, Doris) (Entered: 01/10/2006) |
| 01/10/2006 | | Document Transmitted to Chambers (Re: Related Document(s) #:136 Application to Employ) (Caine, Doris) (Entered: 01/10/2006) |
| 01/12/2006 | ●147 | Notice of Appearance and Request to Add Attorney Filed by CB 8th Street, LLC. (Litt, Daniel) (Entered: 01/12/2006) |
| 01/12/2006 | ●148 | Notice Withdrawing the Appearance of *Joel L. Perrell Jr.* Filed by |

| | | |
|---|---|---|
| | | CB 8th Street, LLC. (Perrell, Joel) (Entered: 01/12/2006) |
| 01/12/2006 | 149 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:146 Order on Motion to Extend Time) No. of Notices: 4. Service Date 01/12/2006. (Admin.) (Entered: 01/13/2006) |
| 01/12/2006 | 150 | Affidavit of W. Izal Saddler, re Application to employ Special counsel for K. Lounge LLC . (Re: Related Document(s) #:[140 & DE 92) Order DENYING Application to Employ ) (Caine, Doris) (Entered: 01/17/2006) |
| 01/17/2006 | | Document Transmitted to Chambers (Re: Related Document(s) #:140 Order Denying Application to Employ,, 150 Affidavit) (Caine, Doris) (Entered: 01/17/2006) |
| 01/18/2006 | 151 | Application to Employ Jeffrey Kohne, CPA and the firm of Kostizka, Wicks & Co., P.C. as Accountant Filed by Marc E. Albert (Attachments: # 1 Verified Statement# 2 Proposed Order) (Clark, Darrell) (Entered: 01/18/2006) |
| 01/18/2006 | | Notice of Returned Mail - K. Lounge LLC - Not Deliverable As Addressed (Re: Related Document(s) #:146 Order on Motion to Extend Time) (Jackson, Renee) (Entered: 01/18/2006) |
| 01/26/2006 | | Document Transmitted to Chambers (Re: Related Document(s) #:135 Motion to Assume/Reject) (Caine, Doris) (Entered: 01/26/2006) |
| 01/26/2006 | | Motions Terminated.(DE67, See Order DE80) (Caine, Doris) (Entered: 01/26/2006) |
| 01/27/2006 | | -- Terminated Attorney Joel Larkin Perrell counsel for CB 8th Street, LlC (See Notice DE 148) (Caine, Doris)-- (Entered: 01/27/2006) |
| 01/27/2006 | | Attorney Daniel M. Litt for CB 8th Street, LLC added to case. (See DE 147) (Caine, Doris) (Entered: 01/27/2006) |
| 01/30/2006 | 152 | Order Granting Application to Employ R.L. Rasmus as Auctioneers and Appraiser for the Estate (Related Document #: 136) Entered on 1/30/2006. (Caine, Doris) (Entered: 01/30/2006) |
| 01/30/2006 | 153 | Order Granting Trustee's Motion To Reject Lease (See Order for further details) (Related Document #: 135) Entered on 1/30/2006. (Caine, Doris) (Entered: 01/30/2006) |
| 02/01/2006 | 154 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:152 Order on Application to Employ) No. of Notices: 4. Service Date 02/01/2006. (Admin.) (Entered: 02/02/2006) |

| 02/01/2006 | ⊕155 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:153 Order on Motion to Assume/Reject) No. of Notices: 4. Service Date 02/01/2006. (Admin.) (Entered: 02/02/2006) |
|---|---|---|
| 02/02/2006 | ⊕156 | Trustee's Report of Sale Filed by Marc E. Albert. (Attachments: # 1 Exhibit A# 2 Exhibit Exhibit A - Continued)(Clark, Darrell) (Entered: 02/02/2006) |
| 02/07/2006 | | Document Transmitted to Chambers (Re: Related Document(s) #:151 Application to Employ) (Caine, Doris) (Entered: 02/07/2006) |
| 02/08/2006 | ⊕157 | Notice of Returned Mail---K.Lounge LLC--Not Deliverable-- (Re: Related Document(s) #:152 Order on Application to Employ) (Caine, Doris) (Entered: 02/08/2006) |
| 02/10/2006 | ⊕ | Notice of Returned Mail R.L. Rasmus Auctioneers--Unable to forward-- (Re: Related Document(s) #:152 Order on Application to Employ) (Caine, Doris) (Entered: 02/10/2006) |
| 02/16/2006 | ⊕158 | Order Granting Application to Employ Jeffrey A. Kohne,CPA as Accountant (Related Document #: 151) Entered on 2/16/2006. (Caine, Doris) (Entered: 02/16/2006) |
| 02/17/2006 | ⊕159 | Notice of Change of Address Filed by Marc E. Albert. (Albert, Marc) (Entered: 02/17/2006) |
| 02/18/2006 | ⊕160 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:158 Order on Application to Employ) No. of Notices: 4. Service Date 02/18/2006. (Admin.) (Entered: 02/19/2006) |
| 02/20/2006 | ⊕161 | Omnibus Motion to Disallow Claims Filed by K. Lounge LLC (Attachments: # 1 Proposed Order Granting Objection to Claims# 2 Supplement Notice of Opportunity to Object) (Burns, John) (Entered: 02/20/2006) |
| 02/22/2006 | | Document Transmitted to MW to change Address of (R.L. Rasmus Auctioneers, Inc.) (Re: Related Document(s) #:159 Notice of Change of Address) (Caine, Doris) (Entered: 02/22/2006) |
| 02/23/2006 | | --ADDRESS CHANGED RE: R.L. RASMUS AUCTIONEER--- (Caine, Doris) (Entered: 02/23/2006) |
| 02/24/2006 | ⊕162 | Transmittal of Record on Appeal to U.S. District Court Filed by K. Lounge LLC (Re: Related Document(s) #:85 Notice of Appeal, .) (Caine, Doris) (Entered: 02/24/2006) |

CERTIFIED COPY
CLERK, U.S. BANKRUPTCY COURT
BY: