UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | Civil Case 1:06-cv-386 |
| K LOUNGE, LLC ) | Case No. 05-01041 |
| ) | (Chapter 11) |
| ) | |
| ) | |
| Debtor ) | |
| ) | |

## NOTICE OF SUCCESSOR PARTY APPELLANT

K LOUNGE, LLC (the "Debtor") in the above referenced Chapter 11 case, by and through its undersigned counsel, John D. Burns, Esquire and The Burns LawFirm, LLC, hereby files this Notice of Successor Party Appellant (the "Notice"), and states as follows:

A Chapter 7 Trustee, Marc Alpert (the "Trustee"), has been appointed who succeeds to all the rights of this cause of action previously held by the Debtor in Possession. The Court has entered an Order rejecting the lease which was the subject of this appeal; however, should the appeal be germane at this point, the Trustee need apprise the District Court of his position as the proper party in interest to the appeal at this time. The undersigned has not been retained by the Trustee, nor has he received any instruction from the debtor concerning this appeal following the rejection of the lease by Court Order.

Respectfully Submitted,
------------/S/ John D. Burns---------

_____
John D. Burns, Esquire (#22277)
The Burns LawFirm, LLC
6303 Ivy Lane; Suite 102
Greenbelt, Maryland 20770
(301) 441-8780

Counsel for the Debtor

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY THAT on this 10th day of March, 2006, a copy of the foregoing Notice of Successor Party Appellant was served by first class mail, postage prepaid, or by ECF, upon:

Office of the United States Trustee
115 South Union Street, Ste 210
Alexandria, Virginia 22314

Daniel Litt, Esquire
Dickstein, Shapiro, et al
2101 L Street, NW
Washington DC  20037

Marc Albert, Esquire
Morrison & Heckler, L.L.P.
1150 18th Street, N.W., Suite 800
Washington, D.C.  20036-3816


:                    ---/S/ John D. Burns---------
                     _____
                     John D. Burns