**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| K. LOUNGE LLC | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-386 (EGS) |
| | ) | |
| CB 8TH STREET, LLC | ) | |
| | ) | |
| Appellee. | ) | |

### **O R D E R**

On September 15, 2006, appellant K. Lounge LLC was ordered to show cause why the above-captioned case should not be dismissed for failure to prosecute by September 29, 2006.

Appellant has failed to respond to the Order to Show Cause as of the date indicated above. Accordingly, it is hereby

**ORDERED** that this case is dismissed.


**Signed:    EMMET G. SULLIVAN
            UNITED STATES DISTRICT JUDGE
            OCTOBER 24, 2006**